CIRCUIT COURT FOR BALTIMORE CITY
Marilyn Bentley
Clerk of the Circuit Court
Courthouse East
111 North Calvert Street
Room 462
Baltimore, MD 21202-
(410)-333-3722, TTY for Deaf: (410)-333-4389

W R I T   O F   S U M M O N S   ( P r i v a t e   P r o c e s s )
Case Number: 24-C-22-002163 OT
C I V I L

Shamia Gorham vs Walgreens Co.

STATE OF MARYLAND, BALTIMORE CITY, TO WIT:

    To: WALGREENS CO.
       (DBA) Walgreens #05623
       3801 Liberty Heights Ave.
       Baltimore, MD 21215

   You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this court, to the attached Complaint filed by: Shamia Gorham
3915 Callaway Ave.
#106
Baltimore, MD 21215

WITNESS the Honorable Chief Judge of the Eighth Judicial Circuit of Maryland

Date Issued: 05/05/22

Marilyn Bentley
Clerk of the Circuit Court   per

To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.

| | | |
|---|---|---|
| SHAMIA GORHAM<br>3915 Callaway Ave. #106<br>Baltimore, Maryland 21215 | * <br> * | IN THE <br><br> CIRCUIT COURT |
| Plaintiff | * | |
| v. | * | FOR |
| WALGREEN CO. d/b/a<br>WALGREENS #05623<br>3801 Liberty Heights Avenue<br>Baltimore, MD 21215<br>Serve On: CSC-Lawyers Incorporating<br>          Service Company<br>          7 St. Paul Street, Ste. 820<br>          Baltimore, MD 21202 | *<br><br>*<br><br>*<br><br>*<br><br>* | BALTIMORE CITY<br><br><br>Case No.: |
| Defendant | | |

\* \* \* \* \* \* \* \* \* \* \*

## COMPLAINT AND ELECTION FOR JURY TRIAL

Plaintiff, Shamia Gorham, by and through her attorneys, Benjamin S. Salsbury and Salsbury Sullivan, LLC, hereby sues Defendant Walgreen Co. d/b/a Walgreens #05623 and in support thereof, states as follows:

1. Plaintiff, Shamia Gorham, is a resident of Baltimore City.

2. Defendant, Walgreen Co., is a Maryland Corporation with several locations throughout the state including, Walgreens Store #05623, located at 3801 Liberty Heights Avenue, Baltimore, Maryland 21215.

3. Venue is proper in the Circuit Court for Baltimore City, Maryland as all of the events giving rise to this claim occurred in Baltimore City, Maryland.

4. At all relevant times, Defendant, Walgreen Co. d/b/a Walgreens #05623, was and is a pharmacy offering pharmacy and other related services to the general public. In

1

that capacity, the facility, its agents, apparent agents, servants and employees, medical staff and consultants held themselves out as practicing ordinary standards of pharmacy care and, therefore, owed a duty to the Plaintiff to render and provide pharmacy care within ordinary standards of pharmacy care, and to exercise reasonable skill and care in the selection of its personnel to provide competent pharmacists and other medical personnel possessing that degree of skill and knowledge which is ordinarily possessed by those who devote special study and skill to the practice of pharmacy care, and to supervise and provide its patients with pharmacy, diagnostic and medical services, and treatment commensurate with the condition from which the patient suffers. As such, Walgreen Co. d/b/a Walgreens #05623, owed a duty to the Plaintiff to render reasonable care and treatment.

## COUNT I
## NEGLIGENCE

5. In April 2019, Ms. Gorham was given a prescription for Oxycodone 20 mg 12 hr. tablet.

6. She filled that prescription at Walgreens Store #05623.

7. Ms. Gorham took her prescribed medication over the course of the next several days. On May 14, 2019, she telephoned the Sickle Cell Information Center (SCIC) at Johns Hopkins because she was not feeling well. They advised her to come to the center for further evaluation and to bring the medication with her.

8. Hospital personnel determined the prescription was, in fact, written correctly but it was the wrong medication. The pharmacy was called to determine what medication they had given to Ms. Gorham.

2

9. They determined Ms. Gorham was given Oxycodone IR instead of Oxycontin. As a result of being given the wrong medication, she went into a sickle cell crisis, and was admitted to Johns Hopkins Hospital on May 15, 2019 in severe pain with nausea, vomiting, and diarrhea.

10. Upon her presentation to Johns Hopkins Hospital, Ms. Gorham had complaints of throbbing, aching 8/10 pain all over her body and particularly bad in her feet, back, and arms. She further describes the pain as being worse than her typical vaso-occlusive crisis. Mr. Gorham also reported nausea, vomiting, and not being able to tolerate anything by mouth.

11. On examination, Ms. Gorham was found to have abdominal pain in addition to her nausea and vomiting. She was admitted for further evaluation in an attempt to control her pain and relieve her other symptoms. It appears from the records that Ms. Gorham was suffering from opioid withdrawal because of Walgreen's medication error which also sent her into a severe Sickle Cell pain crisis.

12. During Ms. Gorham's hospital admission, she was struggling with severe pain, intractable nausea, and vomiting, and not tolerating anything by mouth for which she was given anti-nausea medication. After several days of receiving multiple oral and IV medications, Ms. Gorham's pain and emesis improved slightly for a day or two then returned. Her nausea persisted throughout her hospital course. On June 1, 2019, Ms. Gorham's pain and nausea were controlled and tolerable enough for her to be discharged.

13. Ms. Gorham continued with outpatient visits to SCIC at Johns Hopkins Hospital complaining of intermittent chest pain on at least two occasions and indicated she is worried it may be associated with the pharmacy medication error. Ms. Gorham also developed a panic disorder when attempting to take her oral medications as a result of the pharmacy's medication error. She was referred to Elizabeth Prince, DO to assess her symptoms of anxiety.

14. In follow up with Dr. Prince on March 11, 2020, she notes Ms. Gorham's anxiety/panic attacks occur 3-4 times per week and are correlated with her need to take daily oral medications. She has no history of panic attacks prior to 2020. Dr. Prince further indicates that this has led to "avoidance behaviors" and missed doses of certain medications.

15. As noted in Dr. Prince's report of May 13, 2020, Ms. Gorham gets anxious and worries when she is about to take her medications fearing they will be the wrong medications and that she will get sick. By Ms. Gorham's June 2020 follow-up with Dr. Prince, it is noted Ms. Gorham has been doing "a little better" taking her medications, but still continued with panic attacks approximately three (3) times per week.

16. Defendant, Walgreen Co. d/b/a Walgreens #05623, by and through its agents, apparent agents, servants, and/or employees, was negligent and careless in the following respects:

    a. failed to properly and appropriately fill a prescription for the correct medication;

  b.  failed to make certain the prescription was filled correctly before dispensing the medication to Ms. Gorham; and

  c.  was otherwise negligent and careless.

17. As a direct and proximate result of the negligence of Defendant, Plaintiff suffered serious and permanent physical injuries, for which she has incurred and will continue to incur substantial medical bills; has endured and will continue to endure emotional, mental, and psychological pain and suffering; has suffered other financial losses, including lost time from work; and was otherwise injured and damaged.

WHEREFORE, Plaintiff, Shamia Gorham, claims damages against Defendant, Walgreen Co. d/b/a Walgreens #05623, in an amount exceeding seventy-five thousand dollars ($75,000.00) to be determined by a jury, with all costs to be paid by Defendant.

## JURY DEMAND

Plaintiff elects to have this case tried before a jury.

        Respectfully submitted,

        _____
        Benjamin S. Salsbury, CPF # 0712120228
        SALSBURY SULLIVAN, LLC
        100 N. Charles Street, Suite 900
        Baltimore, MD 21201
        P: 443-869-3920 * F: 443-835-2678
        bsalsbury@salsburysullivanlaw.com
        *Attorneys for Plaintiffs*